**THE HARMAN FIRM, LLP**
Attorneys & Counselors At Law
www.theharmanfirm.com

November 4, 2016

**VIA ECF and Email (alcarternysdchambers@nysd.uscourts.gov)**

The Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 1306
New York, NY 10007

Re: *Rouse v. Life Alert Emergency Response, Inc.., 16 CV 6494 (ALC)*

Dear Judge Carter:

We represent the Plaintiff in the above-referenced matter. We write on behalf of the parties to request that the Court stay the instant matter pending the outcome of a mandatory arbitration process.

Plaintiff filed this action on August 16, 2016. After receiving the complaint, Defendant informed Plaintiff that his claims fall within the scope of an arbitration agreement between the parties. Upon reviewing the document, Plaintiff agrees that this action is governed by that agreement.

Defendant's date to answer or otherwise move in response to the Complaint is November 7, 2016. In lieu of Defendant moving to enforce the arbitration agreement, the parties request that the Court stay these proceeding pending arbitration, obviating the need for Defendant to make a motion.

Thank you for your time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926