

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletreedakins.com

Aaron Warshaw
212-492-2509
aaron.warshaw@ogletreedeakins.com

February 13, 2017

**V<small>IA</small> ECF**
Honorable Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square – Courtroom 1306
New York, NY 10007

    Re:    *Rouse v. Life Alert Emergency Response, Inc.* – Docket No.: 16-CV-6494

Dear Judge Carter:

    We represent and Defendant Life Alert Emergency Response, Inc., and write jointly on behalf of Plaintiff Kentuan Rouse. On November 11, 2016, the Court dismissed this action without prejudice pending arbitration. Under the parties' arbitration agreement, they are required to attend a mediation session prior to commencing arbitration, and the parties have scheduled a mediation session on March 6, 2017. If the parties reach a settlement, we will notify the Court that this case may be permanently closed. If the parties do not reach a settlement, they will proceed to arbitration forthwith.

    Should Your Honor need any further information regarding the status of this case, please do not hesitate to let us know.

    Very truly yours,

    O<small>GLETREE</small>, D<small>EAKINS</small>, N<small>ASH</small>,
     S<small>MOAK</small> & S<small>TEWART</small>, P.C.

    By /s Aaron Warshaw
        Aaron Warshaw

CC:    All counsel of record

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ London ▪ Memphis ▪ Mexico City
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh
Portland ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington