USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
  **KENTUAN ROUSE,**                       :
                                                      :
                       **Plaintiffs,**   :
                                                 :     **16-cv-6494**
       **-against-**                        :
                                                 :     <u>**ORDER**</u>
  **LIFE ALERT EMERGENCY RESPONSE,**  :
  **INC.,**                                                   :
                                                     :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**  June 3, 2020

    **New York, New York**                                     **ANDREW L. CARTER, JR.**
                                                                          **United States District Judge**